# EXHIBIT A

9/8/2015 8:09:11 PM
Chris Daniel - District Clerk Harris County
Envelope No. 6836040
By: Ariana Garibay
Filed: 9/8/2015 8:09:11 PM

# 2015-52926 / Court: 113

CAUSE NO. _____

| | | |
|---|---|---|
| CATRINA BATEMAN, | § | IN THE DISTRICT COURT |
|    Plaintiff, | § | |
| | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| ANTONIO YOUNG, JR., and P.A.M. | § | |
| TRANSPORTATION SERVICES, INC., | § | |
|    Defendants. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES CATRINA BATEMAN, Plaintiff, and files this Original Petition against **ANTONIO YOUNG, JR., and P.A.M. TRANSPORTATION SERVICES, INC.,** Defendants, and would show the Court and Jury as follows:

## I.
### DISCOVERY PLAN

1. Plaintiff advises the Court and Defendants that she seeks monetary relief over $1,000.000.00, and that Plaintiff intends to conduct discovery under Level 3.

## II.
### PARTIES

2. Plaintiff Catrina Bateman is an individual residing in Harris County, Texas, and may be reached through the undersigned attorney. The last three digits of her driver's license number are 127; the last three digits of her social security number are 900.

3. Defendant Antonio Young, Jr., is an individual who is a non-resident of Texas whose home is located at 1013 ½ West 8th Street, Michigan City, Indiana 46360 in La Porte County. He may be served with process by serving the Chairman of the Texas Transportation Commission at 125 E. 11th Street, Austin, Texas 78701, as Defendant's agent for service, because Defendant was a party to a collision while operating a motor vehicle in Texas.

Certified Document Number: 66946106 - Page 1 of 5

PLAINTIFF'S ORIGINAL PETITION                                       Page


EXHIBIT
A-1

4.  Defendant P.A.M. Transportation Services, Inc., is a non-resident For-Profit Corporation, whose principal place of business is 297 West Henri De Tonti, Tontitown, Arkansas 72770. Defendant P.A.M. Transportation Services, Inc. may be served with process by serving the Chairman of the Texas Transportation Commission at 125 E. 11th Street, Austin, Texas 78701, as its agent for service, because Defendant's employee or agent was a party to a collision while operating a motor vehicle in Texas.

### III.
### JURISDICTION AND VENUE

5.  Venue is proper in Harris County under Texas Civil Practice & Remedies Code section 15.002(a)(1) because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County.

6.  The Court has subject-matter jurisdiction over this lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

7.  The Court has personal jurisdiction over Defendant Antonio Young, Jr., a non-resident, because he operated a motor vehicle in Texas that was involved in a collision or accident. *See* Tex. Civ. Prac. & Rem. Code §§ 17.061-17.069.

8.  The Court has personal jurisdiction over Defendant P.A.M. Transportation Services, Inc., a non-resident, because its employee operated a motor vehicle in Texas that was involved in a collision or accident. *See* Tex. Civ. Prac. & Rem. Code §§ 17.061-17.069. Furthermore, it has purposefully availed itself of the privileges and benefits of conducting business in Texas by providing commercial transport of goods in and through Texas.

## IV.
## VICARIOUS LIABILITY AND RESPONDEAT SUPERIOR

9.  Whenever it is alleged that the Defendant did or failed to do anything in this petition, it is meant that the Defendant acting by and through its agents, employees, principals and vice principals acted or failed to act as alleged. Whenever it is alleged in this petition that any individual did or failed to do anything, it is meant that the individual acted or failed to act in the course and scope of his/her agency and/or employment with the named Defendant.

## V.
## FACTS

10. Plaintiff would show that on or about January 17, 2014, Plaintiff Catrina Bateman was parked in a Love's parking lot at 3940 N. McCarty in Harris County, Texas, when Defendant Antonio Young, Jr., while driving a commercial truck during the course and scope of his employment with Defendant P.A.M. Transportation Services, Inc., collided into Plaintiff's parked truck. As a result, Plaintiff suffered serious bodily injuries.

## VI.
## CAUSE OF ACTION

11. Plaintiff would show the Court that at the time and place of the event hereinabove described, Defendants were guilty of the following acts of negligence, to-wit:

   a)  Failing to obey the traffic laws of this State.

   b)  Failing to keep such lookout as a person of ordinary prudence would have kept under the same or similar circumstances.

   c)  Failing to take proper evasive action.

   d)  Driver inattention.

12. Each of these acts and omissions of defendant, singularly or in combination with others, were negligence, and were each and all a proximate cause of the accident made the basis of this lawsuit and of the injuries and damages suffered by Plaintiff.

Certified Document Number: 66946106 - Page 3 of 5

## VII.
### DAMAGES

13. As a direct and proximate result of the accident and such negligence as listed above, Plaintiff

sustained and suffered damages as follows:

a) Plaintiff has incurred reasonable and necessary medical expenses and in all reasonable probability such medical expenses will continue in the future;

b) Plaintiff has experienced physical pain and suffering in the past as a result of their injuries, and in all reasonable probability, will continue to sustain physical pain and suffering in the future as a result of their injuries;

c) Plaintiff has experienced mental anguish in the past as a result of their physical injuries and, in all reasonable probability, will sustain mental anguish in the future as a result of their physical injuries;

d) Plaintiff has experienced physical impairment or physical incapacity in the past as a result of this incident and, in all reasonable probability, will continue to experience physical impairment in the future;

e) Plaintiff has experienced disfigurement;

f) Plaintiff has experienced lost wages in the past as a result of this incident and, in all reasonable probability, will suffer loss of earning capacity in the future;

g) Plaintiff has suffered property damage and diminution of value to their vehicle.

14. Plaintiff pleads for pre- and post judgment interest at the maximum legal allowable rate.

## VIII.
### NOTICE

15. Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff intends to use all

documents produced by you in response to written discovery in pretrial proceedings and trial in

the above-referenced case.

## IX.
### REQUEST FOR DISCLOSURE TO DEFENDANT

16. Pursuant to Rule 194 of the Texas Rules of Civil Procedure, the Defendants named herein are

requested to disclose, within fifty (50) days of service of this Petition, the information and

material described in Rules 194.2(a) through (l), inclusive.

## X.
### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that Defendants be cited to appear and answer herein and, that upon final trial, Plaintiff have judgment against Defendant for all damages proved, all of which are within the jurisdictional limits of this Court, for costs of court, for prejudgment interest and for interest on the judgment until the time the judgment is paid, and for such other and further relief to which Plaintiff shows herself to be justly entitled.

Respectfully submitted,

**RAD LAW FIRM, P.C.**

By: _____

BENJAMIN BARMORE
State Bar No. 24073076

2777 Allen Parkway
Suite 1000
Houston, Texas 77019
Telephone:  (713) 590-1111
Facsimile:  (713) 590-1112
bbarmore@radlawfirm.com

**ATTORNEY FOR PLAINTIFF**

Certified Document Number: 66946106 - Page 5 of 5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 23, 2015

Certified Document Number:        66946106 Total Pages:  5

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

9/29/2015 2:45:01 PM
Chris Daniel - District Clerk Harris County
Envelope No. 7148511
By: DELTON ARNIC
Filed: 9/29/2015 2:45:01 PM

## CAUSE NO. <u>201552926</u>

IN THE 113TH JUDICIAL DISTRICT
HARRIS COUNTY, TEXAS

CATRINA BATEMAN
VS
ANTONIO YOUNG, JR.

# RETURN

**Came to my hand:**     <u>9/22/2015</u>    , at    <u>05:00</u>   o'clock    <u>P.M.</u>

- **Citation**
- **Plaintiff's Original Petition**
- **Request for Disclosure**

**Executed by me on:**    <u>9/23/15</u>   , at  <u>10:22</u>  o'clock   <u>Am</u>

**Executed at:**   <u>125 E. 11TH STREET, AUSTIN, TX 78701</u>
**County of:**       <u>TRAVIS</u>

**By delivering to** <u>P A M TRANSPORTATION SERVICES.</u> **by delivering to Chairman, Texas Transportation Commission, by delivering to** <u>Katherine Dulany</u> **authorized agent, in person, a true copy, in duplicate, of the above specified civil process having first endorsed on each copy the date of delivery.**

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit and I declare under penalty of perjury that the foregoing is true and correct .

Authorized Person: _Kelly Land ; SCHS912_
Expiration Date: _10 / 31 /20 15_

**STATE OF TEXAS**     }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements and facts therein contained are within his personal knowledge and experience to be true and correct.  Given under my hand and seal of office on this the _23rd_ day of _September_ , 2015

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2016

**Notary Public**

Certified Document Number: 67238752 - Page 1 of 1

**EXHIBIT**
**A-2**



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 23, 2015

Certified Document Number:        67238752 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

9/29/2015 2:45:01 PM
Chris Daniel - District Clerk Harris County
Envelope No. 7148511
By: DELTON ARNIC
Filed: 9/29/2015 2:45:01 PM

## CAUSE NO. <u>201552926</u>

IN THE 113TH JUDICIAL DISTRICT
HARRIS COUNTY, TEXAS

CATRINA BATEMAN
VS
ANTONIO YOUNG, JR.

# RETURN

Came to my hand:   <u>9/22/2015</u>   , at   <u>05:00</u>   o'clock   <u>P.M.</u>

- Citation
- Plaintiff's Original Petition
- Request for Disclosure

Executed by me on:   <u>9/23/15</u>   , at   <u>10:22</u>   o'clock   <u>AM</u>

Executed at:   <u>125 E. 11TH STREET, AUSTIN, TX 78701</u>
County of:   <u>TRAVIS</u>

By delivering to <u>ANTONIO YOUNG JR.</u> by delivering to Chairman, Texas Transportation Commission, by delivering to   <u>Katherine Dulany</u>
authorized agent, in person, a true copy, in duplicate, of the above specified civil process having first endorsed on each copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit and I declare under penalty of perjury that the foregoing is true and correct.

Authorized Person: _Kelly Land ; SCH5912_
Expiration Date: <u>10</u> / <u>31</u> / 20 <u>15</u>

STATE OF TEXAS   }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements and facts therein contained are within his personal knowledge and experience to be true and correct.  Given under my hand and seal of office on this the <u>23rd</u> day of _September_ , 2015

DANA L MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2016

Notary Public

EXHIBIT
A-3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 23, 2015

Certified Document Number:        67238753 Total Pages:  1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

**HCDistrictclerk.com**          BATEMAN, CATRINA vs. YOUNG, ANTONIO JR                          10/23/2015
                                 Cause: 201552926        CDI: 7      Court: 113

**DOCUMENTS**

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 67238752 | service return (PAM Transportation Services) | | 09/29/2015 | 1 |
| 67238753 | Service return (Antonio Young Jr) | | 09/29/2015 | 1 |
| 67079253 | Letter | | 09/17/2015 | 1 |
| 67136083 | Civil Process Pick-Up Form | | 09/17/2015 | 1 |
| 66946106 | Plaintiffs Original Petition | | 09/08/2015 | 5 |
| -> 66946107 | Civil Case Information Sheet | | 09/08/2015 | 1 |
| -> 66946108 | Civil Process Request | | 09/08/2015 | 2 |

