IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CATRINA BATEMAN | § | |
| | § | |
| v. | § | C. A. No. 4:15-cv-3129 |
| | § | |
| ANTONIO YOUNG, JR., and P.A.M. | § | JURY DEMANDED |
| TRANSPORTATION SERVICES, INC. | § | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Catrina Bateman; Defendants are Antonio Young, Jr., and P.A.M. Transportation Services, Inc.

2. Plaintiff sued the defendants on September 8, 2015. Defendants timely removed this action to this court on October 23, 2015, subsequently answer the plaintiff's petition on October 30, 2015.

3. The parties move to dismiss this action because they have agreed to settle the plaintiff's claims.

4. This action is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this action.

6. This action is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claims as those presented in this action.

9. This dismissal is without prejudice.

Dated: _____

Respectfully submitted,

**RAD LAW FIRM, PC**

     /s/ Daryoush Toofanian
Daryoush Toofanian
SD Bar No 963463
TBA No. 24039801
8001 LBJ Fwy, Suite 300
Dallas, Texas 75251
Telephone:    972-661-1111
Facsimile:    972-354-5655
email:        dtoofanian@radlawfirm.com
**ATTORNEY-IN-CHARGE FOR PLAINTIFF,
CATRINA BATEMAN**

**ELLINGTON & ASSOCIATES**

     /s/ Owen H. Ellington

Owen H. Ellington
State Bar No. 06534001
Fed ID No. 9926
77 Sugar Creek Center Blvd., Suite 325
Sugar Land, Texas  77478
Tel:  (832) 500-4635
Fax:  (832) 999-4016
E-mail: oellington@ellingtonlaw.com
**ATTORNEY-IN-CHARGE FOR
DEFENDANTS,  ANTONIO YOUNG, JR., AND
P.A.M. TRANSPORTATION SERVICES, INC.**

**OF COUNSEL:**
ELLINGTON & ASSOCIATES
77 Sugar Creek Center Blvd., Suite 325
Sugar Land, Texas 77478
Tel: (832) 500-4635
Fax: (832) 999-4016

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been forwarded by Notice of Electronic Filing to the following counsel of record on this the  31st  day of March, 2017:

Daryoush Toofanian
Rad Law Firm, PC
8001 LBJ Fwy, Suite 300
Dallas, Texas 75251

                                                          s/ Owen H. Ellington
                                                          Owen H. Ellington