United States District Court
Southern District of Texas
**ENTERED**
April 07, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CATRINA BATEMAN, | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-15-3129 |
| | § | |
| ANTONIO YOUNG, JR. AND P.A.M. | § | |
| TRANSPORTATION SERVICES, INC. | § | |
| *Defendants*. | § | |

## DISMISSAL ORDER

In accordance with the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) based on their agreement to settle plaintiff's claims (Dkt. 27), it is hereby

ORDERED that all claims asserted in this case are dismissed without prejudice.

Signed at Houston, Texas on April 7, 2017.


Stephen Wm Smith
United States Magistrate Judge